IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| MARGARET BARNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-00216-JRG-SKL |
| UNUM GROUP CORPORATION and UNUM LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Defendants Unum Group Corporation and Unum Life Insurance Company, by and through counsel, hereby notify the Court that a settlement facilitated by private mediation has been reached as to all claims pending in this action and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted June 20, 2022.

**MILLER & MARTIN PLLC**

**s/James T. Williams**
James T. Williams, BPR # 16341
james.williams@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 20, 2022,** a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**MILLER & MARTIN PLLC**

**s/James T. Williams**
James T. Williams, BPR # 16341
james.williams@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402- 2289
Telephone: (423) 756-6600
*Attorneys for Defendants*